# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-8056 AB(JC) | Date | January 17, 2019 |
|---|---|---|---|
| Title | Cobbie Chapman v. Commissioner of Social Security | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

none present      none present

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On September 20, 2018, this Court issued a Case Management Order which directed plaintiff, who is proceeding *pro se*, to file a motion for summary judgment or remand within 30 days of service of defendant's Answer. (The Clerk is directed to attach a copy of the Case Management Order to this Order). On November 21, 2018, defendant filed and served plaintiff by mail with defendant's Answer. Accordingly, plaintiff's motion for summary judgment or remand was due on December 24, 2018.

To date, plaintiff has failed to file a motion for summary judgment or remand as required by the Case Management Order. Nor has plaintiff filed a request for an extension of time to file such motion.

The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **January 31, 2019**, why this action should not be dismissed for lack of prosecution and/or based upon plaintiff's failure to comply with the Case Management Order. If plaintiff wishes to proceed with this action, plaintiff must also file by no later than **January 31, 2019**, a motion for summary judgment or remand or a request for an extension of time to do so which is supported by good cause.

**Plaintiff is cautioned that failure to comply with this order and to file the above-referenced documents by January 31, 2019, will result in the dismissal of this action based on plaintiff's failure to comply with the court's orders and/or failure to prosecute this action.**

IT IS SO ORDERED.[1]

Attachment

---

[1] The Court's order herein constitutes a non-dispositive ruling on a pretrial matter. To the extent a party disagrees with such non-dispositive ruling, such party may file a motion for review by the assigned District Judge within fourteen (14) days. See Local Rule 72-2.1. To the extent a party believes the ruling to be dispositive, rather than non-dispositive, such party has the right to object to this Court's determination that the ruling is non-dispositive within fourteen (14) days. A party will be foreclosed from challenging the ruling herein if such party does not seek review thereof, or object thereto.