UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COBBIE CHAPMAN, | ) Case No. CV 18-8056 AB(JC) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

     In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: February 13, 2019

_____

HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE